UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS MIGUEL ANTONIO ANACLETO; VICENTE JUAREZ; and VIRGILIO JUAREZ VAZQUEZ, individually and on behalf of others similarly situated,<br><br>      Plaintiffs,<br><br>   -v.-<br><br>HARLEM CHICKEN LLC, d/b/a CHIRPING CHICKEN; MICHALIS KOKKINOS; and JENNY DOE,<br><br>      Defendants. | 20 Civ. 7898 (KPF)<br><br>ORDER OF DISCONTINUANCE |

KATHERINE POLK FAILLA, District Judge:

On February 25, 2021, the Court learned that Plaintiffs Anacleto and Juarez have reached a settlement with Defendants in this case. Accordingly, it is hereby:

ORDERED that Plaintiffs Anacleto and Juarez's action be conditionally discontinued without prejudice and without costs; provided, however, that within thirty (30) days of the date of this Order, the parties may submit to the Court their own Stipulation of Settlement and Dismissal for the Court to So Order. Otherwise, within such time Plaintiffs Anacleto and Juarez may apply by letter for restoration of the action to the active calendar of this Court in the event that the settlement is not consummated. Upon such application for reinstatement, the parties shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket, and the parties shall be directed to appear before the Court, without the

necessity of additional process, on a date within ten (10) days of the application, to schedule remaining pretrial proceedings and/or dispositive motions, as appropriate. This Order shall be deemed a final discontinuance of Plaintiffs Anacleto and Juarez's action with prejudice in the event that Plaintiffs Anacleto and Juarez have not requested restoration of the case to the active calendar within such 30-day period.

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case as to Plaintiffs Anacleto and Juarez.

SO ORDERED.

Dated: February 26, 2021
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge