UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

LUIS MIGUEL ANTONIO ANACLETO, VICENTE JUAREZ, and VIRGILIO JUAREZ VAZQUEZ, *individually and on behalf of others similarly situated*,

                    Plaintiffs,

      -against-

HARLEM CHICKEN LLC (D/B/A CHIRPING CHICKEN), MICHALIS KOKKINOS, and JENNY DOE,

                    Defendants.
--------------------------------------------------------X

1:20-cv-07898-KPF

**JUDGMENT**

       WHEREAS on or about March 25, 2021, Defendants HARLEM CHICKEN LLC (D/B/A CHIRPING CHICKEN), MICHALIS KOKKINOS, and JENNY DOE extended to Plaintiffs LUIS MIGUEL ANTONIO ANACLETO and VICENTE JUAREZ an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of <u>forty-five thousand dollars and zero cents ($45,000.00)</u>, and whereas said Plaintiffs accepted said offer on or about March 25, 2021,

       JUDGMENT shall be entered in favor of said Plaintiffs against said Defendants in the amount of <u>forty-five thousand dollars and zero cents ($45,000.00)</u>.

   Dated: New York, New York

       <u>   March 26   </u>, 2021

                                                    _____
                                                  KATHERINE POLK FAILLA, U.S.D.J.