UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGILIO JUAREZ VAZQUEZ,

                              Plaintiff,

                    -v.-

HARLEM CHICKEN LLC, MICHALIS
KOKKINOS, and JENNY DOE

                              Defendants.

20 Civ. 7898 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

On February 23, 2021, the Court learned that Plaintiff Virgilio Juarez Vazquez had informed his counsel that he wished to withdraw from the case, and that he had since ceased communication with his counsel. (Dkt. #25). On February 24, 2021, the Court granted counsel's request to withdraw as Plaintiff's attorneys, and ordered Plaintiff to show cause, by March 28, 2021, why this case should not be dismissed for failure to prosecute. (Dkt. #26). To date, Plaintiff has not responded to the order to show cause nor otherwise communicated with the Court. Accordingly, this case is DISMISSED without prejudice as to Plaintiff Vazquez. The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case as to Plaintiff Vazquez. The Court ORDERS Plaintiff Vazquez's former counsel to transmit a copy of this order to Plaintiff Vicente Juarez, and asks that Plaintiff Juarez in turn endeavors to transmit a copy of this Order to Plaintiff Vazquez.

SO ORDERED.

Dated:  March 30, 2021
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge